UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael Hunter, | File No. 21-cv-742 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Mayo Clinic and Shaina Archer, | |
| Defendants. | |

---

Magistrate Judge Hildy Bowbeer issued a Report and Recommendation on April 16, 2021. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees [ECF No. 2] is **DENIED AS MOOT**; and

4. Plaintiff's motion seeking a temporary restraining order and/or a preliminary injunction [ECF No. 3] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court